### 8584

B. T. RUSHING & CO. v. SEABOARD AIR LINE RY.

*Ruled by case of Lykes v. Seaboard Air Line Ry., infra.*

Before SPAIN, J., Hampton, February term, 1913. Affirmed.

Action by B. T. Rushing & Co. against Seaboard Air Line Railway, in court of Magistrate M. F. Long. Defendant appeals from Circuit order dismissing appeal from magistrate.

*Messrs. Lyles & Lyles,* for appellant.

*Mr. C. B. Searson,* contra.

June 28, 1913. The opinion of the Court was delivered by

MR. JUSTICE FRASER. This case was heard with the case of *Lykes* v. *Seaboard Air Line Railway.*

The facts are the same, and the judgment herein is affirmed for the reason stated in that case.